WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FRS GC LLC, | No. CV-17-01189-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Oak Tree Management LLC, Milagro Consulting LLC, David Harbour, and Abby Harbour, | |
| Defendants. | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003); *see also Valdez v. Allstate Insurance Co.*, 372 F.3d 1115, 1116-1118 (9th Cir. 2004) (remanding to the district court to conduct proceedings and consider evidence as necessary to determine subject matter jurisdiction).

In this case, three parties are limited liability companies. "… [L]imited liability companies are citizens of every state of which any member is a citizen." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003); *see also Johnson v. Columbia Properties Anchorage, L.P.,* 437 F.3d 894, 899 (9th Cir. 2006).

In the complaint, Plaintiff alleges federal subject matter jurisdiction based on diversity. (Doc. 1 at 4). To plead diversity, Plaintiff states, "Upon information and belief, no member of Oak Tree or Milagro is a citizen of the same state as any member of Plaintiff." (*Id*.) This allegation is inadequate for this Court to independently determine

that diversity jurisdiction exists in this case. Therefore,

**IT IS ORDERED** that by June 9, 2017, Plaintiff shall file a supplement to the complaint listing the names and citizenship of every member of each limited liability company, or this case will be dismissed, without prejudice, for lack of federal subject matter jurisdiction.

Dated this 1st day of June, 2017.

James A. Teilborg
Senior United States District Judge