Geoffrey S. Kercsmar (#020528)
Sean J. O'Hara (#024749)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gsk@kflawaz.com
sjo@kflawaz.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| FRS GC LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Oak Tree Management LLC, a Wyoming limited liability company; Milagro Consulting LLC, a Wyoming limited liability company; and David Harbour and Abby Harbour, a married couple,<br><br>Defendants. | Case No. 2:17-cv-01189-MHB<br><br>**SUPPLEMENT TO COMPLAINT** |

As ordered by the Court on June 1, 2017 (Dkt. #17), Plaintiff FRS GC LLC submits this supplement to its complaint:

1. Plaintiff FRS GC LLC is a limited liability company organized under the laws of the State of Delaware. It has only one member: Princeton Alternative Income Fund, L.P., a limited partnership organized under the laws of the State of Delaware. Princeton Alternative Income Fund, L.P.—and thus its subsidiary plaintiff FRS GC LLC—are citizens of: Delaware, California, New Jersey, New York, Illinois, Georgia, Maryland, Texas, and the British Virgin Islands.

1

2. Defendant Oak Tree Management LLC is a limited liability company organized under the laws of the State of Wyoming. It has only one member, David Harbour, a married individual who is a citizen of Arizona.

3. Defendant Milagro Consulting LLC is a limited liability company organized under the laws of the State of Wyoming. It has only one member, David Harbour, a married individual who is a citizen of Arizona.

4. Accordingly, there is complete diversity as between plaintiff and the defendants.

DATED this 9th day of June, 2017.

KERCSMAR & FELTUS PLLC

By: *s/ Sean O'Hara*
Geoffrey S. Kercsmar
Sean J. O'Hara
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on June 9, 2017, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

William L. Thorpe
Thorpe Shwer
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012
wthorpe@thorpeshwer.com
*Attorneys for Defendants*

*s/ Marina Gonzales*