WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FRS GC LLC, | No. CV-17-01189-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Oak Tree Management LLC, Milagro Consulting LLC, David Harbour, and Abby Harbour, | |
| Defendants. | |

On June 1, 2017, this Court entered an order that ended with:

**IT IS ORDERED** that by June 9, 2017, Plaintiff shall file a supplement to the complaint listing the names and citizenship of every member of each limited liability company, or this case will be dismissed, without prejudice, for lack of federal subject matter jurisdiction.

(Doc. 17).

On June 9, 2017, Plaintiff filed a supplement that says:

Plaintiff FRS GC LLC is a limited liability company organized under the laws of the State of Delaware. It has only one member: Princeton Alternative Income Fund, L.P., a limited partnership organized under the laws of the State of Delaware. Princeton Alternative Income Fund, L.P.—and thus its subsidiary plaintiff FRS GC LLC—are citizens of: Delaware, California, New Jersey, New York, Illinois, Georgia, Maryland, Texas, and the British Virgin Islands.

(Doc. 20).

This supplement failed to fully comply with the Court's June 1, 2017 order.

Specifically, it fail to identify each member of the limited partnership (which is the sole member of Plaintiff), what type of entity each partner is (if any), and on a partner by partner basis, allege citizenship of the partner.[1] The Court will give Plaintiff one (and only one) further opportunity to allege jurisdiction. Therefore,

**IT IS ORDERED** that by June 14, 2017, Plaintiff shall file a second supplement to the complaint listing the <u>names</u> and <u>citizenship</u> of <u>every partner</u> of Plaintiff's sole member,[2] or this case will be dismissed, without prejudice, for lack of federal subject matter jurisdiction.

Dated this 12th day of June, 2017.

James A. Teilborg
Senior United States District Judge

---

[1] *See Carden v. Arkoma Associates*, 494 U.S. 185, 195-96 (1990) (holding that partnerships take on the citizenship of every general and limited partner).

[2] In the first supplement, Plaintiff listed every member of the Defendant LLCs.

- 2 -