Geoffrey S. Kercsmar (#020528)
Sean J. O'Hara (#024749)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gsk@kflawaz.com
sjo@kflawaz.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FRS GC LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Oak Tree Management LLC, a Wyoming limited liability company; Milagro Consulting LLC, a Wyoming limited liability company; and David Harbour and Abby Harbour, a married couple,<br><br>Defendants. | Case No. 2:17-cv-01189-MHB<br><br>**NOTICE OF DISMISSAL UNDER RULE 41(a)** |

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. Pro., Plaintiff FRS GC LLC provides notice of its voluntary dismissal, without prejudice, of this action. No defendant has filed an answer or a motion for summary judgment. Accordingly, dismissal without prejudice under Rule 41(a)(1)(A)(i) is immediately effective upon filing this notice, and no order of Court is necessary to effect dismissal.

DATED this 14th day of June, 2017.

         KERCSMAR & FELTUS PLLC

         By: *s/ Geoffrey S. Kercsmar*
           Geoffrey S. Kercsmar
           Sean J. O'Hara
           7150 East Camelback Road, Suite 285
           Scottsdale, Arizona 85251
           *Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

I certify that on June 14, 2017, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

William L. Thorpe
Thorpe Shwer
3200 North Central Avenue, Suite 1560
Phoenix, Arizona  85012
wthorpe@thorpeshwer.com
*Attorneys for Defendants*

*s/ Kelli Dunlap*